UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN TABAYOYONG CARIDAD,<br><br>Petitioner,<br><br>v.<br><br>CINDY BLACK,<br><br>Respondent. | No. 2:21-cv-00704-WBS-JDP (HC)<br><br><br><br>ORDER |

Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2023, are adopted in full;

2. The amended petition, ECF No. 9, is denied;

1

      3. The court issues the certificate of appealability referenced in 28 U.S.C. § 2253 on the issue of whether the evidence was sufficient under the standards of <u>Jackson v. Virginia</u>, 443 U.S. 307, 316 (1979) and <u>Addington v. Texas</u>, 441 U.S. 418, 432-33 (1979) to establish that petitioner continued to represent a substantial danger of physical harm to others; and

      4. The Clerk of Court is directed to close this case and to enter judgment accordingly.

Dated: July 3, 2023

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE